# United States District Courts
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America | **WARRANT FOR ARREST** |
| v. | |
| (1) Luis Alberto TOVAR-Ramirez | Case Number:<br>DR:25-M -05158(1) |

**To: The United States Marshal**
    **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest     <u>(1) Luis Alberto TOVAR-Ramirez</u>
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description)

*The defendant, Luis Alberto TOVAR-Ramirez, was arrested by Border Patrol Agents, on November 14, 2025 for being an alien illegally present in the United States. Investigation and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 08/27/2025 through Harlingen, Tx. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.*

in violation of Title    **8**    United States Code, Section(s)    **1326(a)(1)**

| | |
|---|---|
| MATTHEW H. WATTERS | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | November, 17, 2025 DEL RIO, Texas |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $    DETAIN    by    MATTHEW H. WATTERS
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas.

| Date Received<br>November 17, 2025 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest<br>November 14, 2025 | KAUTENBERGER, SHANE<br>Border Patrol Agent | /s/ KAUTENBERGER, SHANE |